_____



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: GWENDOLYN MILAN**                                      **CHAPTER 13**

**DEBTOR**                                                      **CASE NO: 19-14276 JDW**

### ORDER TO EXTEND TIME

THIS CAUSE came ~~on for hearing~~ on Debtor's Motion to Extend Time to file necessary documents including, but not limited to required List of All Creditors, Statement of Financial Affairs, Attorney Disclosure Statement, Verification of Matrix, Chapter 13 Plan, Summary of Assets and Liabilities, Schedules A, B, C, D, E, F, G, H, I, J (J-2 if applicable), Certificate of Credit Counseling and, Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation Form 122C-1 and, if appropriate Form 122C-2 Chapter 13 Calculation of your Disposable Income and the Court ~~being fully advised in the premises~~ does hereby find and Order as follows:

(JDW)

THAT all required List of All Creditors, Statement of Financial Affairs, Attorney Disclosure Statement, Verification of Matrix, Chapter 13 Plan , Summary of Assets and Liabilities, Summary of Schedules, Schedules A, B, C, D, E, F, G, H, I, J (AND J-2 if applicable), Certificate of Credit Counseling, Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation Form 122C-1 and, if appropriate Form 122C-2 Chapter 13 Calculation of your Disposable Income shall be due on November 18, 2019, an additional fourteen (14) days from the date of this order.

#ENDOFORDER#

SUBMITTED BY:

KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
662-252-3224 /karen.schneller@gmail.com
rlomenick@gmail.com
ATTORNEYS FOR DEBTOR